DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

COPY

07 CIV. 6799

FILED
JUL 27 2007
USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FORTIS CORPORATE INSURANCE N.V.,

               *Plaintiff*,            :     **07 Civ.**

   - against -                              :

ATLANTIC CONTAINER LINE AB and CFC     :     **STATEMENT PURSUANT**
LOGISTICS INC.                                       **TO F.R.C.P. 7.1**

              *Defendants*.     :
-----------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

      NONE

Dated: Rye, New York
      July 27, 2007

                                               MALOOF BROWNE & EAGAN LLC

                                               By: _____
                                                    David T. Maloof (DM 3350)
                                                    Thomas M. Eagan (TE 1713)
                                            411 Theodore Fremd Ave., Suite 190
                                            Rye, New York 10580-1411
                                           (914) 921-1200
                                           *Attorneys for Plaintiff*