```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
FORTIS CORPORATE INSURANCE, N.V.              07 CV 6799

                        Plaintiff,           RULE 7.1 STATEMENT

        -against-

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS INC.,
                        Defendants.
-----------------------------------------X
```

Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant ATLANTIC CONAINER LINE AB certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ATLANTIC CONTAINER LINE AB.

Dated:  New York, N.Y.
        August 14, 2007

_____
GARTH S. WOLFSON (GW 7700)