AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

FORTIS CORPORATE INSURANCE, N/V.,

V.

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 6799**

TO: (Name and address of Defendant)

Atlantic Container Line AB
194 Wood Ave South
Iselin, NJ 08830

CFC Logistics Inc.
4000 AM Drive
Quakertown, PA 18951

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave
Suite 190
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

JUL 27 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    Signature of Server

                                                   _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FORTIS CORPORATE INSURANCE, N/V.,**

                         **Plaintiff,**

Vs

**ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS INC.**

                         **Defendants.**

**Case No.
07 CIV 6799**

**AFFIDAVIT OF
SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On August 2, 2007 at 11:50 a.m. at 194 Wood Avenue South, Iselin, NJ 08830, I served the within SUMMONS & COMPLAINT on ATLANTIC CONTAINER LINE AB., defendant therein named, by delivering a true copy of same to ANNEMARIE BEYER, designated agent.

The person served is a white female, brown hair, 45-55 years old, 5'6"-5'8" in height, 150-160 pounds.

                                                                Caswell Bryan
                                                                License No. 846846

Sworn to before me this
2nd day of August 2007.

NOTARY PUBLIC

       BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
        No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

# Affidavit of Process Server

US District Court Of Southern New York
(NAME OF COURT)

| Fortis Corporate Insurance NIV | Vs Atlantic Container Line AB et al | 07-CIV-6799 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Scott Segal, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served  CFC Logistics
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons + Complaint

by leaving with  Kathy Reer  Controller  At
NAME                    RELATIONSHIP

☐ Residence
ADDRESS         CITY / STATE
☒ Business  4006 A.M. Drive, Quakertown, Pa, 18951
ADDRESS            CITY / STATE

On  8/15/07  AT  10:22 AM
DATE                     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on  N/A
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1) ___ ___ (2) ___ ___
                                                   DATE  TIME   DATE  TIME
(3) ___ ___ (4) ___ ___ (5) ___ ___
DATE TIME   DATE TIME   DATE TIME

**Description:** Age 40  Sex F  Race white  Height 5'5"  Weight 130  Hair brown  Beard ―  Glasses ―

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  15th  day of  August, 2007

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  Pennsylvania
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAWN M. WELSH, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires February 27, 2010

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS