Edward Farman (EF 7329)
SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, New York 10122
212-563-1710
*Attorneys for Defendant CFC Logistics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FORTIS CORPORATE INSURANCE N.V.                    Docket No. 07 Civ 6799

                Plaintiff

        -against-                                    **RULE 7.1 STATEMENT**

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS, INC.,

                Defendants.
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned attorney of record for defendant CFC Logistics, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party:

           NONE.

Dated: New York, New York
       October 1, 2007

                                                  SCHINDEL, FARMAN, LIPSIUS,
                                                  GARDNER & RABINOVICH LLP
                                                  Attorneys for Defendant
                                                  CFC Logistics, Inc.

                            By: _____
                                       Edward Farman