Edward Farman (EF 7329)
SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, New York 10122
212-563-1710
*Attorneys for Defendant CFC Logistics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FORTIS CORPORATE INSURANCE N.V.                    Docket No. 07 Civ 6799

                        Plaintiff

      -against-                                   **AFFIDAVIT OF SERVICE**

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS, INC.,

                      Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK                  )
                                  ) ss.:
COUNTY OF NEW YORK         )

      I, Blima Levine, being duly sworn, state as follows:  I am over 18 years of age, not a party to the within action, and reside in Brooklyn, NY.  On October 1, 2007 I served the **Answer and Rule 7.1 Statement** by  mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, as follows:

    Thomas M. Eagan, Esq.
    Maloof Browne & Eagan LLC
    Attorneys for Plaintiff
    411 Theodore Freund Avenue , Suite 190
    Rye, New York 10580

    Garth S. Wolfson, Esq.
    Mahoney & Keane, LLP
    Attorneys for Defendant Atlantic Container Line AB
    111 Broadway
    New York, NY 10006

                                              BLIMA LEVINE

Sworn to before me this
1st day of October, 2007

ANDREW KARONIS
Notary Public, State of New York
No. 02KA5084233
Qualified in Queens County
Commission Expires Sept. 2, 2009