Edward Farman (EF 7329)
SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, New York 10122
212-563-1710
*Attorneys for Defendant CFC Logistics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FORTIS CORPORATE INSURANCE N.V.

          Plaintiff

  -against-

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS, INC.,

          Defendants.
-------------------------------------------------------X

Docket No. 07 Civ 6799

**ANSWER OF DEFENDANT CFC LOGISTICS, INC. TO CROSS-CLAIM OF <u>ATLANTIC CONTAINER</u>**

Defendant CFC Logistics, Inc. ("CFC"), by its attorneys, Schindel, Farman, Lipsius, Gardner & Rabinovich LLP, for its answer to the Cross-Claim of Defendant Atlantic Container Line AB, alleges as follows:

1. Denies each and every allegation contained in paragraph Thirty-Second of the Cross-Claim.

2. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph Thirty-Third of the Cross-Claim.

3. Denies each and every allegation contained in paragraph Thirty-Fourth of the Cross-Claim.

4. Denies each and every allegation contained in paragraph Thirty-Fifth of the Cross-Claim.

## AFFIRMATIVE DEFENSE TO CROSS-CLAIM

The Cross-Claim fails to state a claim for which relief can be granted against CFC.

**WHEREFORE,** defendant CFC Logistics Inc. respectfully requests that the Cross-Claim against it be dismissed in its entirety.

Dated: New York, New York
October 2, 2007

                               SCHINDEL, FARMAN, LIPSIUS,
                               GARDNER & RABINOVICH LLP
                               Attorneys for Defendant
                               CFC Logistics, Inc.

By: _/s/ Edward Farman_
Edward Farman
14 Penn Plaza, Suite 500
New York, New York 10122
(212) 563-1710

TO:    Thomas M. Eagan, Esq.
         MALOOF BROWNE & EAGAN LLC
         Attorneys for Plaintiff
         411 Theodore Freund Avenue, Suite 190
         Rye, New York 10580
         (914) 921-1200

         Garth S. Wolfson, Esq.
         MAHONEY & KEANE, LLP
         Attorneys for Defendant
         Atlantic Container Line AB
         111 Broadway
         New York, NY 10006
         (212) 385-1605

Edward Farman (EF 7329)
SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, New York 10122
212-563-1710
*Attorneys for Defendant CFC Logistics, Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FORTIS CORPORATE INSURANCE N.V.           Docket No. 07 Civ 6799

          Plaintiff
   -against-                                             **AFFIDAVIT OF SERVICE**

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS, INC.,

          Defendants.
------------------------------------------------------------X

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

     I, Blima Levine, being duly sworn, state as follows: I am over 18 years of age, not a party to the within action, and reside in Brooklyn, NY. On October 2, 2007 I served the **Answer of Defendant CFC Logistics to Cross-Claim of Atlantic Container** by mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, as follows:

   Thomas M. Eagan, Esq.
   Maloof Browne & Eagan LLC
   411 Theodore Freund Avenue, Suite 190
   Rye, New York 10580
   Attorneys for Plaintiff

   Garth S. Wolfson, Esq.
   Mahoney & Keane, LLP
   111 Broadway
   New York, NY 10006
   Attorneys for Defendant Atlantic Container Line AB

                                                       BLIMA LEVINE

Sworn to before me this
2nd day of October, 2007

ANDREW KARONIS
Notary Public, State of New York
No. 02KA5084233
Qualified in Queens County
Commission Expires Sept. 2, 2009