ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
FORTIS CORPORATE INSURANCE, N.V.,

                Plaintiff,         07 Civ. 6799 (LLS)

   v.                                     ORDER

ATLANTIC CONTAINER LINE AB and
CFC LOGISTICS, INC.,

                Defendants.
----------------------------------------x

      This case is respectfully referred to Magistrate Judge Eaton for the conduct of settlement negotiations, to take place within the schedule already set by the Court, which calls for a status conference on Friday, December 14, 2007 at 11:00 am.

      So ordered.

Dated: New York, New York
      October 26, 2007

                                                                  _Louis L. Stanton_
                                                          LOUIS L. STANTON
                                                              U.S.D.J.

MICROFILM
OCT 30 2007

Returned to chambers for scanning on 11/1/07
Scanned by chambers on _____.